**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SHEILA LEONARD, | § | |
|     Plaintiff | § | |
| | § | |
|     v. | § | No. 4:19-cv-2460 |
| | § | |
| DEARBORN NATIONAL LIFE | § | |
| INSURANCE COMPANY, TEXOMA | § | |
| HOSPITAL PARTNERS, LLC; CARRUS | § | |
| HEALTHCARE, LLC; CARRUS HEALTH | § | |
| HOLDINGS, LLC; CARRUS ER | § | |
| RICHMOND, LLC; and CARRUS | § | |
| REHABILITATION HOSPITAL, LLC | § | |
|     Defendants | § | |

## <u>APPENDIX TO NOTICE OF REMOVAL</u>

Defendant Dearborn National Life Insurance Company ("Dearborn National" or "Defendant") respectfully files the following Appendix to Notice of Removal.

Exhibit 1:    Original Petition in Cause No. 19-DCV-263214, filed June 6, 2019.

Exhibit 2:    Citations in Cause No. 19-DCV-263214; *Sheila Leonard v. Dearborn National Life Insurance Company, et al*; In the 268th Judicial District Court, Fort Bend County, Texas

Exhibit 3:    Docket sheet in Case No. 19-DCV-263214

Exhibit 4:    List of all counsel of record.

Exhibit 5:    Civil Cover Sheet

Respectfully submitted,


By: /s/ Andrew F. MacRae
ANDREW F. MACRAE
State Bar No. 00784510
LEVATINO|PACE PLLC
1101 S. Capital of Texas Hwy
Building K, Suite 125
Austin, Texas 78746
Tel:   (512) 637-1581
Fax:  (512) 637-1583
andrew@lpfirm.com

Attorney for Defendant

Filed
6/6/2019 8:34 AM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Michele Olguin

Cause No. **19-DCV-263214**

| | | |
|---|---|---|
| SHEILA A. LEONARD | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | FORT BEND COUNTY, TEXAS |
| DEARBORN LIFE INSURANCE COMPANY | § | |
| f/k/a DEARBORN NATIONAL LIFE | § | |
| INSURANCE COMPANY; TEXOMA | § | |
| HOSPITAL PARTNERS, LLC; CARRUS | § | |
| CARRUS HEALTHCARE, LLC; CARRUS | § | |
| HEALTH HOLDINGS, LLC; CARRUS ER | § | |
| RICHMOND, LLC; and CARRUS | § | |
| REHABILITATION HOSPITAL, LLC | § | Fort Bend County - 268th Judicial District Court |
| *Defendants.* | § | _____ JUDICIAL DISTRICT |

---

## PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION

---

SHEILA A. LEONARD, Plaintiff, files this Plaintiff's Original Petition against DEARBORN LIFE INSURANCE COMPANY f/k/a DEARBORN NATIONAL LIFE INSURANCE COMPANY; TEXOMA HOSPITAL PARTNERS, LLC; CARRUS HEALTHCARE, LLC; CARRUS HEALTH HOLDINGS, LLC; CARRUS ER RICHMOND, LLC; and CARRUS REHABILITATION HOSPITAL, LLC and for cause of action would respectfully show the following:

### I.
### Discovery Control Plan and Statement of Relief

Discovery is intended to be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure. The damages sought herein are within the jurisdictional limits of this court, and Plaintiff seeks monetary relief over $200,000 but not more than $1 million.

*EXHIBIT 1*

## II.
## PARTIES

Plaintiff SHEILA A. LEONARD is an individual citizen of the State of Texas, residing in Fort Bend County, Texas.

Defendant DEARBORN LIFE INSURANCE COMPANY f/k/a DEARBORN NATIONAL LIFE INSURANCE COMPANY is an Illinois life insurance company that is licensed to, and if fact does, conduct business in this state. Service on this defendant can be effected by serving a citation *directed to Defendant DEARBORN LIFE INSURANCE COMPANY* on its registered agent for service, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218, or wherever he may be found. Service on Defendant DEARBORN LIFE INSURANCE COMPANY as described above can be effected by certified mail, return receipt requested.

Defendant TEXOMA HOSPITAL PARTNERS, LLC is a Texas limited liability company having its principal place of business in the state of Texas. Service on this defendant can be effected by serving a citation *directed to Defendant TEXOMA HOSPITAL PARTNERS, LLC* on its registered agent for service, SDB Partners, LLC, 321 N. Highland Avenue, Suite 100, Sherman, Texas 75092, or wherever he may be found. Service on Defendant TEXOMA HOSPITAL PARTNERS, LLC as described above can be effected by certified mail, return receipt requested.

Defendant CARRUS HEALTHCARE, LLC is a Texas limited liability company having its principal place of business in the state of Texas. Service on this defendant can be effected by serving a citation *directed to Defendant CARRUS HEALTHCARE, LLC* on its registered agent for service, Anbarasu Nachimuthu, 4204 North I-35, Denton, Texas 76207, or wherever he may be found. Service on Defendant CARRUS HEALTHCARE, LLC as described above can be effected by certified mail, return receipt requested.

2

Defendant CARRUS HEALTH HOLDINGS, LLC is a Texas limited liability company having its principal place of business in the state of Texas. Service on this defendant can be effected by serving a citation *directed to Defendant CARRUS HEALTH HOLDINGS, LLC* on its registered agent for service, Anbarasu Nachimuthu, 4204 North I-35, Denton, Texas 76207, or wherever he may be found. Service on Defendant CARRUS HEALTH HOLDINGS, LLC as described above can be effected by certified mail, return receipt requested.

Defendant CARRUS ER RICHMOND, LLC is a Texas limited liability company having its principal place of business in the state of Texas. Service on this defendant can be effected by serving a citation *directed to Defendant CARRUS ER RICHMOND, LLC* on its registered agent for service, Anbarasu Nachimuthu, 4204 North I-35, Denton, Texas 76207, or wherever he may be found. Service on Defendant CARRUS ER RICHMOND, LLC as described above can be effected by certified mail, return receipt requested.

Defendant CARRUS REHABILITATION HOSPITAL, LLC is a Texas limited liability company having its principal place of business in the state of Texas. Service on this defendant can be effected by serving a citation *directed to Defendant CARRUS REHABILITATION HOSPITAL, LLC* on its registered agent for service, SDB Partners, LLC, 321 N. Highland Avenue, Suite 100, Sherman, Texas 75092, or wherever he may be found. Service on Defendant CARRUS REHABILITATION HOSPITAL, LLC as described above can be effected by certified mail, return receipt requested.

At all relevant times, Defendants TEXOMA HOSPITAL PARTNERS, LLC; CARRUS HEALTHCARE, LLC; CARRUS HEALTH HOLDINGS, LLC; CARRUS ER RICHMOND, LLC; and CARRUS REHABILITATION HOSPITAL, LLC conducted business under the assumed name "CARRUS SPECIALTY HOSPITAL" and each is sued herein in that capacity as well as

3

individually. These defendants are sometimes collectively referred to herein as the "CARRUS Defendants."

## III.
## VENUE AND JURISDICTION

Venue is proper in Fort Bend County pursuant to one or more of Tex.Civ.Prac. & Rem.Code §§15.002(a)(1), and (3), 15.032 and 15.035(a). This Court has jurisdiction over the subject matter herein because the damages sought are within the jurisdictional limits of this Court.

This Court has personal jurisdiction over both resident defendants and nonresident Defendant DEARBORN LIFE INSURANCE COMPANY f/k/a DEARBORN NATIONAL LIFE INSURANCE COMPANY because each Defendant: maintains continuous and systematic contacts with the State of Texas; (ii) committed the wrongful acts made the basis of this lawsuit in Texas; and/or (iii) engaged in activities that constitute doing business in the State of Texas. The causes of action asserted herein against each Defendant arose from or relate to the contacts of each Defendant with the State of Texas.

## IV.
## FACTS

Plaintiff is and at all relevant times was an employee of Defendant CARRUS ER RICHMOND, LLC. As such, she was entitled to enroll in the CARRUS Defendants' employee benefit program. She did so on November 14, 2018, electing (among other benefits) Voluntary Life/AD&D insurance coverage for herself and her husband. The Voluntary Life/AD&D benefit was insured by Defendant DEARBORN LIFE INSURANCE COMPANY f/k/a DEARBORN NATIONAL LIFE INSURANCE COMPANY ("DEARBORN") and paid for by Plaintiff through voluntary payroll deduction.

4

The insurance benefit elected by Plaintiff fell within the "Guarantee Issue" category, which meant that coverage was automatic upon election and payment of the premium, and not conditioned on Plaintiff or her husband providing evidence of insurability. Plaintiff completed all forms provided to her by Defendants and authorized the bi-monthly deductions from her paycheck to pay the premiums for the Voluntary Life/AD&D benefit. Beginning on December 21, 2018, Defendant CARRUS ER RICHMOND, LLC began deducting the quoted premium payments from Plaintiff's paychecks.

On February 14, 2019 – Valentine's Day – Plaintiff received the news that her husband had been seriously injured in a motor vehicle accident. He died from those injuries five days later, on February 19, 2019.

On February 21, 2019, as instructed by the terms of the benefit program, Plaintiff contacted the CARRUS Defendants via email to report her husband's death and request payment of the Voluntary Life/AD&D benefits due. She heard nothing until March 5, 2019 – 12 days after reporting the claim – when Melissa Dovel, the CARRUS Defendants' human resources employee designated to handle claims for benefits, instructed her to submit the death certificate once it was issued. Ms. Leonard submitted the death certificate to Dovel on March 21, 2019, the same day she received it.

During the more than two months that have elapsed since then, and despite the fact that the benefits elected by Plaintiff were in the "Guarantee Issue" category, neither DEARBORN nor the CARRUS Defendants has paid the claim, accepted or rejected the claim in writing, or requested any items, statements or forms from Plaintiff in order to "investigate" the claim. When the undersigned sent a letter dated May 16, 2019 to Defendants demanding payment of the claim, Defendants ignored and did not even extend Plaintiff the courtesy of a response.

Plaintiff is the beneficiary of the Voluntary Life/AD&D benefit and it entitled to receive payment of that benefit, in the amount of $100,000.

## V.
## CAUSES OF ACTION

### Negligence

DEARBORN and the CARRUS Defendants owed a duty of care to Plaintiff. By their actions as outlined above, DEARBORN and the CARRUS Defendants failed to exercise ordinary care in the exercise of their duties to Plaintiffs. As a proximate cause, Plaintiff suffered harm. Plaintiff's damages are within the jurisdictional limits of this Court.

### Breach of Contract

Plaintiff had a valid, binding insuring agreement with the DEARBORN and the CARRUS Defendants. By their actions as outlined above, DEARBORN and the CARRUS Defendants failed to comply with the terms of the agreement. Plaintiff's damages were proximately caused by the Defendants' failure to comply with the terms of the agreement. The Plaintiffs' damages are within the jurisdictional limits of this Court.

### Bad Faith

There was a valid insurance contract between Plaintiffs and DEARBORN and the CARRUS Defendants which created a duty of good faith and fair dealing. By their actions as outlined above, DEARBORN and the CARRUS Defendants breached their duty when they delayed and refused to pay the claim when liability and coverage was reasonably clear. The Defendants' breach proximately caused the Plaintiffs' damages.

### Deceptive Insurance Practices/DTPA

DEARBORN and the CARRUS Defendants are "persons" as defined by the Texas Insurance Code § 541.002(2). By their actions as outlined above, DEARBORN and the CARRUS Defendants

engaged in acts or practices that violated (1) Texas Insurance Code Chapter 541, subchapter B; (2) Texas Business & Commerce Code § 17.46(b), and Plaintiff relied on the acts or practices to her detriment; or (3) a tie-in provision of the Texas Insurance Code.  The Defendants' acts and practices were a producing cause of actual damages to Plaintiff.

### Late Payment

Plaintiff made a claim under an insurance policy.  Plaintiff gave timely and proper notice of their claim to DEARBORN and the CARRUS Defendants.  DEARBORN and the CARRUS Defendants are liable for the claim.  By their actions as outlined above, Defendants violated chapter 542.051 et. seq. of the Texas Insurance Code by (1) failing to timely accept, reject or extend time to decide the claim and (2) refusing to pay the claim.

## VI.
## DAMAGES/ATTORNEYS' FEES

As a result of the DEARBORN and the CARRUS Defendants' wrongful conduct described herein, Plaintiffs suffered damages, including, but not limited to the following categories;

a.    the Voluntary Life/AD&D benefit described herein, in the amount of $100,000;

b.    Statutory interest;

c.    Treble damages;

d.    Pre-judgment interest;

e.    Post-judgment interest; and

f.    Attorney's fees.

## VII.
## CONDITIONS PRECEDENT

All conditions precedent to Defendants' liability and to the bringing of this action have been satisfied, waived or have otherwise occurred.

7

## VIII.
## REQUEST FOR DISCLOSURE

Pursuant to Tex.R.Civ.P. 194, Defendants are requested to disclose, within 50 days of service of this request, the information or material described in Tex.R.Civ.P. 194.2(a) – (k).

## IX.
## REQUEST FOR PRODUCTION

Pursuant to Tex.R.Civ.P. 196, Defendants are requested to produce, within 50 days of service of this request, the following documents and tangible things:

1.  All documents describing or defining the Voluntary Life/AD&D benefit, including the Dearborn insurance policy.

2.  All agreements between Dearborn and each Defendant regarding the terms, conditions or content of the Carrus employee benefit program.

3.  All claim logs, claim journals and similar records of the events related to the claim at issue in this lawsuit.

4.  All documents used or relied on in calculating the amount of the deductions from Plaintiff's paycheck after December 1, 2018.

5.  For the time period covering February 19, 2019 to the present, all written communications between or among any of the Defendants regarding: (i) Plaintiff's participation in the Carrus employee benefit program; (ii) the death of Plaintiff's husband; (iii) Plaintiff's claim for payment of Voluntary Life/AD&D benefits; and/or (iv) the undersigned's May 16, 2019 letter.

6.  All documents obtained or created by any Defendant in connection with the investigation of Plaintiff's claim for payment of Voluntary Life/AD&D benefits.

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein and that a judgment be entered in Plaintiffs' favor and against Defendants, jointly and severally, for the following:

8

a.      the Voluntary Life/AD&D benefit described herein, in the amount of $100,000;

b.      Statutory interest;

c.      Treble damages;

d.      Pre-judgment interest;

e.      Post-judgment interest;

f.      Attorney's fees; and

g.      Such other and further relief as is just.

Respectfully submitted,

**THE ODOM LAW FIRM**

/s/ Al Odom
**Al Odom**
State Bar No. 15201100
Email: aodom@aodomlawfirm.com
601 Sawyer, Suite 225
Houston, Texas 77007
Tel: 713.357.5153
Fax: 713.588.8437

**ATTORNEYS FOR PLAINTIFF**

9

**SERVICE FEE COLLECTED BY DISTRICT CLERK**

THE STATE OF TEXAS

CITATION

TO:   **DEARBORN NATIONAL LIFE INSURANCE COMPANY**
      **REGISTERD AGENT CORPORATION SERVICE COMPANY**
      **211 E 7TH STREET SUITE 620**
      **AUSTIN TX  78701**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION** filed on **JUNE 06, 2019**, a default judgment may be taken against you.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **19-DCV-263214**  and is styled:

**SHEILA A LEONARD VS DEARBORN LIFE INSURANCE COMPANY F/K/A DEARBORN NATIONAL LIFE INSURANCE COMPANY: TEXOMA HOSPITAL PARTNERS, LLC: CARRUS CARRUS HEALTHCARE, LLC; CARRUS HEALTH HOLDINGS, LLC: CARRUS ER RICHMOND, LLC: AND CARRUS REHABILITATION HOSPITAL, LLC**

The name and address of the attorney for **PLAINTIFF** is:

**HAROLD A. ODOM, III**
**THE ODOM LAW FIRM**
**601 SAWYER SUITE 225**
**HOUSTON TX  77007**
**713-357-5150**

The nature of the demands of said **PLAINTIFF** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 17th day of June, 2019.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _Donald Evans_
Deputy District Clerk DONALD EVANS
Telephone: (281) 238-3276

ORIGINAL

*EXHIBIT 2*

19-DCV-263214                                              **268th Judicial District Court**
**Sheila A Leonard vs Dearborn Life Insurance Company f/k/a Dearborn National Life Insurance Company: Texoma Hospital Partners, LLC: Carrus Carrus Healthcare, LLC; Carrus Health Holdings, LLC: Carrus ER Richmond, LLC: and Carrus Rehabilitation Hospital, LLC**

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **6th day of June, 2019** at **10:54am** o'clock and executed at **REGISTERD AGENT CORPORATION SERVICE COMPANY  211 E 7TH STREET SUITE 620  AUSTIN TX  78701**, on the **June 17, 2019**, by delivering to the within named **DEARBORN LIFE INSURANCE COMPANY** by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$8.00 Issuance + $80.00 Service = $88.00**

CMRRR# 9414 7266 9904 2140 8721 05

**FILED**

JUN 17 2019

AT _____ 3:02P __

CLERK DISTRICT COURT, FORT BEND CO., TX

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
<u>Physical Address:</u>
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
<u>Mailing Address:</u>
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk  Donald Evans

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____
            (First, Middle, Last)

_____, and my address is _____
                                                 (Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation (By Certified Mail) issued to Dearborn Life Insurance Company on 6/17/2019.

*EXHIBIT 2*

**SERVICE FEE COLLECTED**
**BY DISTRICT CLERK**

THE STATE OF TEXAS

CITATION

TO:   TEXOMA HOSPITAL PARTNERS, LLC
      REGISTERED AGENT SDB PARTNERS LLC
      321 N HIGHLAND AVENUE SUITE 100
      SHERMAN TX 75092

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION filed on JUNE 06, 2019, a default judgment may be taken against you.

The case is presently pending before the 268TH JUDICIAL DISTRICT COURT of Fort Bend County sitting in Richmond, Texas. It bears cause number 19-DCV-263214 and is styled:

SHEILA A LEONARD VS DEARBORN LIFE INSURANCE COMPANY F/K/A DEARBORN NATIONAL LIFE INSURANCE COMPANY: TEXOMA HOSPITAL PARTNERS, LLC: CARRUS CARRUS HEALTHCARE, LLC; CARRUS HEALTH HOLDINGS, LLC: CARRUS ER RICHMOND, LLC: AND CARRUS REHABILITATION HOSPITAL, LLC

The name and address of the attorney for PLAINTIFF is:

HAROLD A. ODOM, III
THE ODOM LAW FIRM
601 SAWYER SUITE 225
HOUSTON TX 77007
713-357-5150

The nature of the demands of said PLAINTIFF is shown by a true and correct copy of the PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 17th day of June, 2019.**

DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk DONALD EVANS
Telephone: (281) 238-3276

ORIGINAL

*EXHIBIT 2*

19-DCV-263214                                          268th Judicial District Court
Sheila A Leonard vs Dearborn Life Insurance Company f/k/a Dearborn National Life Insurance Company; Texoma Hospital Partners, LLC: Carrus Carrus Healthcare, LLC; Carrus Health Holdings, LLC; Carrus ER Richmond, LLC: and Carrus Rehabilitation Hospital, LLC

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **6th day of June, 2019** at **10:54am** o'clock and executed at **REGISTERED AGENT SDB PARTNERS LLC   321 N HIGHLAND AVENUE SUITE 100   SHERMAN TX  75092**, on the **June 17, 2019**, by delivering to the within named **TEXOMA HOSPITAL PARTNERS, LLC** by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$8.00 Issuance + $80.00 Service = $88.00**

CMRRR# 9414 7266 9904 2140 9721 67

# FILED

JUN 17 2019

AT _____ M.

_Beverley Mc Grew Walker_
CLERK DISTRICT COURT, FORT BEND CO., TX

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk Donald Evans

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____
                   (First, Middle, Last)

_____, and my address is _____
                                                              (Street, City, Zip)

_____ ,"

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation (By Certified Mail) issued to Texoma Hospital Partners, LLC on 6/17/2019.

*EXHIBIT 2*

**SERVICE FEE COLLECTED BY DISTRICT CLERK**

THE STATE OF TEXAS

CITATION

TO:   CARRUS HEALTHCARE, LLC
      REGISTERED AGENT ANBARASU NACHIMUTHU
      4204 NORTH I-35
      DENTON TX 76207

**NOTICE:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION** filed on **JUNE 06, 2019**, a default judgment may be taken against you.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **19-DCV-263214** and is styled:

**SHEILA A LEONARD VS DEARBORN LIFE INSURANCE COMPANY F/K/A DEARBORN NATIONAL LIFE INSURANCE COMPANY: TEXOMA HOSPITAL PARTNERS, LLC: CARRUS CARRUS HEALTHCARE, LLC; CARRUS HEALTH HOLDINGS, LLC: CARRUS ER RICHMOND, LLC: AND CARRUS REHABILITATION HOSPITAL, LLC**

The name and address of the attorney for **PLAINTIFF** is:

**HAROLD A. ODOM, III
THE ODOM LAW FIRM
601 SAWYER SUITE 225
HOUSTON TX 77007
713-357-5150**

The nature of the demands of said **PLAINTIFF** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 17th day of June, 2019.**

DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk DONALD EVANS
Telephone: (281) 238-3276

ORIGINAL

*EXHIBIT 2*

19-DCV-263214                                                    268th Judicial District Court
Sheila A Leonard vs Dearborn Life Insurance Company f/k/a Dearborn National Life Insurance Company: Texoma
Hospital Partners, LLC: Carrus Carrus Healthcare, LLC; Carrus Health Holdings, LLC: Carrus ER Richmond, LLC: and
Carrus Rehabilitation Hospital, LLC

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **6th day of June, 2019** at **10:54am** o'clock and executed at **REGISTERED AGENT ANBARASU NACHIMUTHU  4204 NORTH I-35  DENTON TX  76207**, on the **June 17, 2019**, by delivering to the within named **CARRUS HEALTHCARE, LLC** by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$8.00 issuance + $80.00 Service = $88.00**

CMRRR# 9414 7266 9904 2140 9721 74

# FILED

JUN 17 2019

AT _2:21_ pm

_Beverley McGrew Walker_
CLERK DISTRICT COURT, FORT BEND CO, TX

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _Donald Evans_
Deputy District Clerk  Donald Evans

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

*My name is _____, my date of birth is _____
              (First, Middle, Last)

_____, and my address is _____
                                                              (Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the day of _____.

                                            _____
                                            Declarant / Authorized Process Server

                                            _____
                                            (Id # & expiration of certification)

## ORIGINAL

Citation (By Certified Mail) issued to Carrus Healthcare, LLC on 6/17/2019.

*EXHIBIT 2*

SERVICE FEE COLLECTED
BY DISTRICT CLERK

**THE STATE OF TEXAS**

**CITATION**

TO:   **CARRUS HEALTH HOLDINGS, LLC**
      **REGISTERED AGENT ANBARASU NACHIMUTHU**
      **4204 NORTH I-35**
      **DENTON TX 76207**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION** filed on **JUNE 06, 2019,** a default judgment may be taken against you.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **19-DCV-263214**  and is styled:

**SHEILA A LEONARD VS DEARBORN LIFE INSURANCE COMPANY F/K/A DEARBORN NATIONAL LIFE INSURANCE COMPANY: TEXOMA HOSPITAL PARTNERS, LLC: CARRUS CARRUS HEALTHCARE, LLC; CARRUS HEALTH HOLDINGS, LLC: CARRUS ER RICHMOND, LLC: AND CARRUS REHABILITATION HOSPITAL, LLC**

The name and address of the attorney for **PLAINTIFF** is:

**HAROLD A. ODOM, III**
**THE ODOM LAW FIRM**
**601 SAWYER SUITE 225**
**HOUSTON TX  77007**
**713-357-5150**

The nature of the demands of said **PLAINTIFF** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 17th day of June, 2019.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
<u>Physical Address:</u>
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
<u>Mailing Address:</u>
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _Donald Evans_
   Deputy District Clerk DONALD EVANS
   Telephone: (281) 238-3276

**ORIGINAL**

*EXHIBIT 2*

19-DCV-263214

268th Judicial District Court

Sheila A Leonard vs Dearborn Life Insurance Company f/k/a Dearborn National Life Insurance Company: Texoma Hospital Partners, LLC: Carrus Carrus Healthcare, LLC; Carrus Health Holdings, LLC: Carrus ER Richmond, LLC: and Carrus Rehabilitation Hospital, LLC

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **6th day of June, 2019** at **10:54am** o'clock and executed at **REGISTERED AGENT ANBARASU NACHIMUTHU  4204 NORTH I-35  DENTON TX  76207,** on the **June 17, 2019,** by delivering to the within named **CARRUS HEALTH HOLDINGS, LLC** by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$8.00 Issuance + $80.00 Service = $88.00**

CMRRR# 9414 7266 9904 2140 8721 81

**FILED**

JUN 17 2019

AT _____ M

_Beverley McGrew Walker_
CLERK DISTRICT COURT, FORT BEND CO., TX

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk Gerald Evans

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____
(First, Middle, Last)

_____, and my address is _____
(Street, City, Zip)

_____"

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation (By Certified Mail) issued to Carrus Health Holdings, LLC on 6/17/2019.

*EXHIBIT 2*

**SERVICE FEE COLLECTED**
**BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:   CARRUS ER RICHMOND, LLC
      REGISTERED AGENT ANBARASU NACHIMUTHU
      4204 NORTH I-35
      DENTON TX 76207

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION** filed on **JUNE 06, 2019**, a default judgment may be taken against you.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **19-DCV-263214** and is styled:

**SHEILA A LEONARD VS DEARBORN LIFE INSURANCE COMPANY F/K/A DEARBORN NATIONAL LIFE INSURANCE COMPANY: TEXOMA HOSPITAL PARTNERS, LLC: CARRUS CARRUS HEALTHCARE, LLC; CARRUS HEALTH HOLDINGS, LLC: CARRUS ER RICHMOND, LLC: AND CARRUS REHABILITATION HOSPITAL, LLC**

The name and address of the attorney for **PLAINTIFF** is:

**HAROLD A. ODOM, III**
**THE ODOM LAW FIRM**
**601 SAWYER SUITE 225**
**HOUSTON TX 77007**
**713-357-5150**

The nature of the demands of said **PLAINTIFF** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND REQUEST FOR PRODUCTION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 17th day of June, 2019.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk DONALD EVANS
Telephone: (281) 238-3276

**ORIGINAL**

*EXHIBIT 2*

19-DCV-263214                                              268th Judicial District Court
Sheila A Leonard vs Dearborn Life Insurance Company f/k/a Dearborn National Life Insurance Company: Texoma
Hospital Partners, LLC: Carrus Carrus Healthcare, LLC; Carrus Health Holdings, LLC: Carrus ER Richmond, LLC: and
Carrus Rehabilitation Hospital, LLC

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **6th day of June, 2019** at **10:54am** o'clock and executed at **REGISTERED AGENT ANBARASU NACHIMUTHU  4204 NORTH I-35  DENTON TX  76207,** on the **June 17, 2019**, by delivering to the within named **CARRUS ER RICHMOND, LLC** by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$8.00 Issuance + $80.00 Service = $88.00**

CMRRR# 9414 7266 9904 2140 8721 58

**FILED**

JUN 17 2019

AT _2:30_ M.

_Beverley McGrew Walker_
CLERK DISTRICT COURT, FORT BEND CO., TX

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _Gerald Evans_
Deputy District Clerk  Gerald Evans

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____
        (First, Middle, Last)

_____, and my address is _____.
                                                            (Street, City, Zip)

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the day of _____.

                                        _____
                                        Declarant / Authorized Process Server

                                        _____
                                        (Id # & expiration of certification)

**ORIGINAL**

Citation (By Certified Mail) issued to Carrus ER Richmond, LLC on 6/17/2019.

*EXHIBIT 2*

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back          Location : Fort Bend   Images Help

# REGISTER OF ACTIONS
## CASE NO. 19-DCV-263214

| | |
|---|---|
| **Sheila A Leonard vs Dearborn Life Insurance Company f/k/a Dearborn National Life Insurance Company: Texoma Hospital Partners, LLC: Carrus Carrus Healthcare, LLC; Carrus Health Holdings, LLC: Carrus ER Richmond, LLC: and Carrus Rehabilitation Hospital, LLC** | Case Type: **Contract - Other Contract**<br>Date Filed: **06/06/2019**<br>Location: **268th District Court** |

§<br>§<br>§<br>§<br>§

---

### PARTY INFORMATION

|  | | **Attorneys** |
|---|---|---|
| **Defendant or Respondent** | **Carrus ER Richmond, LLC**<br>Denton, TX 76207 | |
| **Defendant or Respondent** | **Carrus Health Holdings, LLC**<br>Denton, TX 76207 | |
| **Defendant or Respondent** | **Carrus Healthcare, LLC**<br>Denton, TX 76207 | |
| **Defendant or Respondent** | **Carrus Rehabilitation Hospital, LLC**<br>Sherman, TX 75092 | |
| **Defendant or Respondent** | **Dearborn Life Insurance Company** *Formerly Known As* **Dearborn National Life Insurance Company**<br>Austin, TX 78701 | **Andrew F. MacRae**<br>*Retained*<br>512-637-1581(W) |
| **Defendant or Respondent** | **Texoma Hospital Partners, LLC**<br>Sherman, TX 75092 | |
| **Plaintiff or Petitioner** | **Leonard, Sheila A.** | **Harold A. Odom, III**<br>*Retained*<br>713-357-5150(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 06/06/2019 | **Docket Sheet** |
| 06/06/2019 | **Petition**      Doc ID# 1 |
| | *Plaintiff's Original Petition, Request for Disclosure and Request for Production* |
| 06/06/2019 | **Case Information Sheet** |
| | *Civil Case Information Sheet* |
| 06/17/2019 | **Request**      Doc ID# 2 |
| | *Request for Process* |
| 06/17/2019 | **Request**      Doc ID# 3 |
| | *Request for Process* |
| 06/17/2019 | **Issuance**      Doc ID# 4 |
| | *Citation by Certified Mail Issued to Dearborn National Life Insurance Company* |
| 06/17/2019 | **Citation by Certified Mail** |
| | *CMRRR 9414 7266 9904 2140 9721 05* |

| | | Served | 06/20/2019 |
|---|---|---|---|
| | Dearborn Life Insurance Company | Returned | 06/26/2019 |

| | |
|---|---|
| 06/17/2019 | **Issuance**      Doc ID# 5 |
| | *Citation by Certified Mail Issued to Texoma Hospital Partners, LLC* |
| 06/17/2019 | **Citation by Certified Mail** |
| | *CMRRR 9414 7266 9904 2140 9721 67* |

| | | |
|---|---|---|
| | Texoma Hospital Partners, LLC | Unserved |

| | |
|---|---|
| 06/17/2019 | **Issuance**      Doc ID# 6 |
| | *Citation by Certified Mail Issued to Carrus Healthcare, LLC* |
| 06/17/2019 | **Citation by Certified Mail** |
| | *CMRRR 941 7266 9904 2140 9721 74* |

| | | Served | 06/24/2019 |
|---|---|---|---|
| | Carrus Healthcare, LLC | Returned | 06/24/2019 |

| | |
|---|---|
| 06/17/2019 | **Issuance**      Doc ID# 7 |
| | *Citation by Certified Mail Issued to Carrus Health Holdings, LLC* |

*EXHIBIT 3*

| 06/17/2019 | **Citation by Certified Mail** | | |
| | *CMRRR 9414 7266 9904 2140 9721 81* | | |
| | Carrus Health Holdings, LLC | Served | 06/24/2019 |
| | | Returned | 06/24/2019 |
| 06/17/2019 | **Issuance**      **Doc ID# 8** | | |
| | *Citation by Certified Mail Issued to Carrus ER Richmond, LLC* | | |
| 06/17/2019 | **Citation by Certified Mail** | | |
| | *CMRRR 9414 7266 9904 2140 9721 98* | | |
| | Carrus ER Richmond, LLC | Served | 06/26/2019 |
| | | Returned | 06/26/2019 |
| 06/17/2019 | **Issuance**      **Doc ID# 9** | | |
| | *Citation by Certified Mail Issued to Carrus Rehabilitation Hospital, LLC* | | |
| 06/17/2019 | **Citation by Certified Mail** | | |
| | *CMRRR 9414 7266 9904 2140 9722 04* | | |
| | Carrus Rehabilitation Hospital, LLC | Served | 06/20/2019 |
| | | Returned | 07/02/2019 |
| 07/05/2019 | **Answer/Contest/Response/Waiver**      **Doc ID# 10** | | |
| | *Original Answer* | | |

---

**FINANCIAL INFORMATION**

**Defendant or Respondent** Dearborn Life Insurance Company

| | | | |
|---|---|---|---|
| | Total Financial Assessment | | 2.00 |
| | Total Payments and Credits | | 2.00 |
| | **Balance Due as of 07/05/2019** | | **0.00** |
| 07/05/2019 | Transaction Assessment | | 2.00 |
| 07/05/2019 | E-filing | Receipt # 2019-47011-DCLK | Dearborn Life Insurance Company | (2.00) |

**Plaintiff or Petitioner** Leonard, Sheila A.

| | | | |
|---|---|---|---|
| | Total Financial Assessment | | 878.00 |
| | Total Payments and Credits | | 878.00 |
| | **Balance Due as of 07/05/2019** | | **0.00** |
| 06/06/2019 | Transaction Assessment | | 294.00 |
| 06/06/2019 | E-filing | Receipt # 2019-39702-DCLK | Leonard, Sheila A. | (294.00) |
| 06/17/2019 | Transaction Assessment | | 584.00 |
| 06/17/2019 | E-filing | Receipt # 2019-42144-DCLK | Leonard, Sheila A. | (584.00) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| SHEILA LEONARD, | § |
| Plaintiff | § |
| | § |
| v. | § |
| | § |
| DEARBORN NATIONAL LIFE | § |
| INSURANCE COMPANY, TEXOMA | § |
| HOSPITAL PARTNERS, LLC; CARRUS | § |
| HEALTHCARE, LLC; CARRUS HEALTH | § |
| HOLDINGS, LLC; CARRUS ER | § |
| RICHMOND, LLC; and CARRUS | § |
| REHABILITATION HOSPITAL, LLC | § |
| Defendants | § |

## <u>LIST OF ALL COUNSEL OF RECORD</u>

<u>Counsel for Plaintiff</u>:

Al Odom
State Bar No. 15201100
The Odom Law Firm
601 Sawyer, Suite 225
Houston, Texas 77007
Tel:     (713) 357-5153
Fax:     (713) 588-8437
aodom@aodomlawfirm.com


<u>Counsel for Dearborn National</u>
 Andrew F. MacRae
 State Bar No. 00784510
 LEVATINO|PACE PLLC
 1101 S. Capital of Texas Hwy
 Building K, Suite 125
 Austin, Texas 78746
 Tel:  (512) 637-1581
 Fax:  (512) 637-1583
 andrew@lpfirm.com

*EXHIBIT 4*

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Sheila Leonard | Dearborn National Life Insurance Company, et al |

**(b)** County of Residence of First Listed Plaintiff   Fort Bend
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Al Odom, The Odom Law Firm, 601 Sawyer, Suite 225, Houston, Texas 77002; 713/357-5153

Attorneys *(If Known)*
Andrew F. MacRae, Levatino|Pace PLLC, 1101 S. Capital of Texas Hwy, Suite 125, Austin, Texas 78746; 512/637-8565

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☒ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original Proceeding

☒ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from Another District *(specify)*

☐ 6  Multidistrict Litigation - Transfer

☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 USC 1132

Brief description of cause:
ERISA

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   07/05/2019

SIGNATURE OF ATTORNEY OF RECORD   /s/ Andrew F. MacRae

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# EXHIBIT 5